UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MAUDIRA ESTENOR,

    Petitioner,

               File No. 1:11-cv-743

v.

               HON. ROBERT HOLMES BELL

ERIC HOLDER, et al.,

    Respondents.

_____/

## ORDER APPROVING AND ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On October 24, 2011, Magistrate Judge Joseph G. Scoville issued a Report and Recommendation ("R&R") recommending that Petitioner's 22 U.S.C. § 2241 petition for writ of habeas corpus be denied.  (Dkt. No. 25.)  No objections have been filed,  and the deadline for doing so has expired.  The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation.  Accordingly,

**IT IS HEREBY ORDERED** that the October 24, 2011, R&R (Dkt. No. 25) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Petitioner's petition for writ of habeas corpus (Dkt. No. 1) is **DENIED**.

Dated: November 16, 2011      /s/ Robert Holmes Bell
                ROBERT HOLMES BELL
                UNITED STATES DISTRICT JUDGE